No. 93–1933. MARTINEZ-MONCIVAIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1934. SNEED v. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 93–1936. CEMENT KILN RECYCLING COALITION ET AL. v. BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–1938. HAMMOND v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–1939. LIONS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1941. NISQUALLY INDIAN TRIBE v. CULLEN & CULLEN. C. A. 9th Cir. Certiorari denied.

No. 93–1942. FEMLING ET AL. v. FARNWORTH. Sup. Ct. Idaho. Certiorari denied.

No. 93–1943. SHEPPARD v. BEERMAN, INDIVIDUALLY AND AS JUSTICE OF THE SUPREME COURT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 93–1944. ASSAR v. CRESCENT COUNTIES FOUNDATION FOR MEDICAL CARE ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1945. EAST DAYTON TOOL & DIE CO. ET AL. v. PENSION BENEFIT GUARANTY CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 93–1946. GOODEN v. NEAL ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1947. BARNETTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1948. CROMLEY v. BOARD OF EDUCATION OF LOCKPORT TOWNSHIP HIGH SCHOOL DISTRICT 205 ET AL. C. A. 7th Cir. Certiorari denied.